UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER FOX,

              Plaintiff,

    -against-

COSTCO WHOLESALE CORP.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.:
2:15-cv-00439-DRH-ARL

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff Christopher Fox and Defendant Costco Wholesale Corporation, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, with no award of counsel fees or costs by the Court to any party.

**STIPULATED AND AGREED BY:**

Dated: January 2, 2020

| **SEYFARTH SHAW LLP** | **RAISER & KENNIFF, P.C.** |
|---|---|
| By: */s/ Ephraim J. Pierre*_____ <br>   Paul Galligan, Esq <br>   Ephraim J. Pierre, Esq. <br><br> 620 Eighth Avenue <br> New York, New York 10018 <br> Telephone: (212) 218-5500 <br> *Attorneys for Defendant* | By: */s/ Jonathan A. Tand* <br>   Jonathan A Tand, Esq. <br><br> 300 Old Country Road <br> Suite 351 <br> 11501, Suite 351 <br> Mineola, NY 11501 <br> Telephone: 631-234-1154 <br> *Attorney for Plaintiff* |